UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROMULO MUR,

                Plaintiff,

-vs-                                        Case No.   2:07-cv-358-FtM-34SPC

SYNERGY CONTRACTORS, INC.,

                Defendant.
_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

      This matter comes before the Court on the Plaintiff Romulo Mur and the Defendant Synergy Contractors, Inc.'s Joint Motion for Approval and Stipulation for Dismissal with Prejudice (Doc. #17) filed on November 5, 2007.  The District Court referred the matter to this Court for an Report and Recommendation on November 6, 2007.

      This case was brought under the Fair Labor Standards Act (FLSA) 29 U.S.C. § 201 *et. seq*. The Parties have reached a settlement agreement and seek court approval of that agreement.  In Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1352-1355 (11th Cir. 1982),  the Eleventh Circuit explained that claims for back wages under the FLSA may only be settled or compromised when the Department of Labor supervises the payment of back wages or when the district court enters a stipulated judgment "after scrutinizing the settlement for fairness."  In the Joint Motion for Approval submitted by the Parties, (Doc. # 17)  The Parties provide that the Defendants will pay the Plaintiff $2,500.00 in lost overtime wages, $2,500.00 in liquidated damages, $3,235.00 in attorney's fees, and $765.00 in costs.  The agreed upon settlement sum was derived from Mur's regular hourly

wage which varied from $8.59 per hour up to $13.28 per hour and then calculating the applicable half-time rates ranging form $4.30 per hour and $6.64 per hour times the number of unpaid overtime hours plus attorney's fees and costs.   The Plaintiff Romulo Mur has agreed that the settlement figure was entered into knowingly and voluntarily, after having the opportunity to fully discuss it with his attorney. (Doc. # 17, Exhibit 1 at ¶ 7).  The agreement was fully executed and signed by both parties. Therefore, the Court concludes that the proposed settlement is a fair and reasonable resolution of a bona fide dispute over the FLSA.

Accordingly, it is now

**RESPECTFULLY RECOMMENDED:**

The Plaintiff Romulo Mur and the Defendant Synergy Contractors, Inc.'s Joint Motion for Approval and Stipulation for Dismissal with Prejudice (Doc. #17) should be **GRANTED**, and the settlement agreement should be **APPROVED** by the District Court.  It is further respectfully recommended the case should be **DISMISSED with Prejudice** pursuant to the agreement of the Parties and the Clerk should be directed to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended at Fort Myers, Florida, this   8th    day of November, 2007.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record